DOCKET NO. 540

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

MAR -2 1983

3/2/83

PATRICIA D. HOWARD
CLERK OF THE PANEL

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE WARREN R. HAUGHT & ENTITIES OIL & GAS INVESTMENT PROGRAMS OF 1979

ORDER DENYING TRANSFER

This litigation consists of four actions pending in two federal districts: three in the Middle District of Florida and one in the Northern District of West Virginia. Presently before the Panel is a motion, pursuant to 28 U.S.C. §1407, to transfer the West Virginia action to the Middle District of Florida for coordinated or consolidated pretrial proceedings with the actions pending there. The motion is submitted by three parties -- E. Carl Anderson, Michael Glantz and A & G Resources, Inc. -- that are defendants or third-party defendants in all four actions. Plaintiffs in one action support the motion. Plaintiffs in the other three actions, as well as eight defendants, oppose the motion.

On the basis of the papers filed and the hearing held, we find that Section 1407 transfer would neither serve the convenience of the parties and witnesses nor further the just and efficient conduct of the litigation. Although we recognize that the actions in this litigation involve some common questions of fact, we are not persuaded that these common questions of fact will predominate over individual questions of fact present in each action. Furthermore, we note that 1) because two of the Florida actions (<u>Steinbrenner</u> and <u>Roe</u>) have already been consolidated, there are really only three actions pending before the Panel; and 2) discovery in <u>Steinbrenner</u> and <u>Roe</u> is more advanced in comparison to discovery in the other two actions pending before us.

IT IS THEREFORE ORDERED that the motion pursuant to 28 U.S.C. §1407 to transfer the actions listed on the attached Schedule A be, and the same hereby is, DENIED.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

MDL-540 -- In re Warren R. Haught & Entities Oil & Gas Investment Programs of 1979

Schedule A

<u>Apex Drilling Fund 1979, Ltd., etc., et al. v. Glenn L. Haught & Sons, et al.</u>, N.D. West Virginia, C.A. No. 82-0035

<u>Gamma Drilling Fund 1979, Ltd., etc., et al. v. Glenn L. Haught & Sons, etc., et al.</u>, M.D. Florida, C.A. No. 82-528

<u>George M. Steinbrenner, III, et al. v. Warren R. Haught, et al.</u>, M.D. Florida, C.A. No. 81-1091

<u>Wm. G. Roe & Co. v. Warren R. Haught, et al.</u>, M.D. Florida, C.A. No. 82-94